**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-6995**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHRISTOPHER ANDARYL WILLS, a/k/a Michael
Wills, a/k/a Ed Short,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CR-99-396)

_____

Submitted: August 31, 2005          Decided: October 4, 2005

_____

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Christopher Andaryl Wills, Appellant Pro Se. James L. Trump, Kevin
Victor DiGregory, Assistant United States Attorney, Alexandria,
Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Christopher Andaryl Wills seeks to appeal the district court's order denying appointment of counsel for his 28 U.S.C. § 2255 (2000) petition. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The order Wills seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>